**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00015-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| RANDY MACARIO ANCHETA, | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 123, 128) on or before May 31, 2017.

IT IS SO ORDERED.

DATED: This 29th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

1