**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00015-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RANDY MACARIO ANCHETA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant shall file a reply to the government's response to defendant's motion to vacate, set aside or correct sentence  pursuant to 28 U.S.C. § 2255 (ECF Nos. 123, 128) on or before July 3, 2017.

IT IS SO ORDERED.

DATED: This 1st day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

1